**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 22, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-51105
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SUZETTE MICHELE GREEN,
also known as Susan B. Green,
also known as Susan M. Green,
also known as Susan S. Green,
also known as S. M. Green,
also known as Michele Suzette Green,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-02-CR-140-ALL-H
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Suzette Michele Green pled guilty to several crimes stemming from a credit fraud scheme. Green contests the sentence imposed, arguing that the district court erred in applying an enhancement for abuse of a position of trust because the government failed to offer sufficient evidence suggesting that her employment with the Internal Revenue Service significantly facilitated her crimes.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The contents of the presentence investigation report are generally of sufficient reliability to be the basis of sentencing. <u>United States v. Taylor</u>, 277 F.3d 721, 724 (5th Cir. 2001). The report indicates that Green used her position to gain information in order to falsify a lease application. Because the presentence investigation report's account of Green's abuse of her position of trust bears sufficient indicia of reliability, the district court permissibly relied upon it and its findings of fact are not clearly erroneous.

AFFIRMED.